**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> KURT A. RESCH <br> KATHLEEN A. RESCH <br><br> Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br><br> Movant <br> vs. <br> HAMPTON TOWNSHIP (STRM WTR) <br><br> Respondents | Case No. 20-20802CMB <br><br> Chapter 13 <br><br> Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

CONTRARY TO THE PROOF OF CLAIM FILED, THE COLLECTOR ASSERTS THAT NOTHING IS DUE. THE CLAIM HAS NOT BEEN WITHDRAWN.

| | |
|---|---|
| HAMPTON TOWNSHIP (STRM WTR) <br> C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Court claim# 14/Trustee CID# 22 |

The Movant further certifies that on 09/23/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
KURT A. RESCH, KATHLEEN A. RESCH, 3020 EAST BARDONNER ROAD, GIBSONIA, PA  15044

DEBTOR'S COUNSEL:
FRANCIS E CORBETT ESQ, MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
HAMPTON TOWNSHIP (STRM WTR), C/O JORDAN TAX SERVICE INC-DLNQ CLLCTR, 102 RAHWAY RD, MCMURRAY, PA  15317

NEW CREDITOR: