**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/04/2023

IN RE:

KURT A. RESCH
KATHLEEN A. RESCH
3020 EAST BARDONNER ROAD
GIBSONIA, PA 15044
XXX-XX-9426          Debtor(s)

XXX-XX-3356

Case No. 20-20802 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/4/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br><br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIZENS BANK NA**<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI  02919 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5953 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br><br>FISHERS, IN  46037 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL6GOV*DKT4LMT*BGN 4/20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0350 |
| **HYUNDAI CAPITAL AMERICA D/B/A KIA MOTORS**<br>PO BOX 20825<br><br>FOUNTAIN VALLEY, CA  92728 | Trustee Claim Number: 5    INT %: 8.00%<br>Court Claim Number: 15<br><br>CLAIM: 7,357.68<br>COMMENT: $CL15GOV@8%/PL*LATE CL PD AS TIMELY/CONF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5378 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 5,843.78<br>COMMENT: 6143/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9426 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 2-2<br><br>CLAIM: 49,294.23<br>COMMENT: CL2-2GOV*9426/3356*48725/PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9426 |
| **KEYSTONE MUNIC COLLECTIONS** NOW KEYS**<br>546 WENDEL RD<br><br>IRWIN, PA  15642 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SEE CID 23-25,27*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9426 |
| **CITIZENS BANK NA**<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI  02919 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 5,716.17<br>COMMENT: NO PAYMENTS EVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5104 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY  50325-3439 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 603.20<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8749 |

| Creditor | Claim Info | Details |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 406.48<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2843 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,226.42<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4147 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 50,724.30<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8017 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 6,616.25<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0694 |
| **SELECTIVE INSURANCE CO OF AMERICA**<br>C/O AMATO AND KEATING PC<br>107 NORTH COMMERCE WAY STE 100<br>BETHLEHEM, PA 18017 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,432.00<br>COMMENT: INSUFF POD*INSURANCE PREMIUMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1751 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 4,829.51<br>COMMENT: ULTA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9664 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 400.49<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9426 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 4,474.74<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9426 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,800.93<br>COMMENT: CL6GOV*$0/PL*THRU 3/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0350 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 844.35<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7287 |

| Creditor | Trustee Claim / Court Claim | Credit Info | Claim / Comment |
|---|---|---|---|
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: HAMPTON TWP/PRAE |
| **HAMPTON TOWNSHIP (STRM WTR)**<br>C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 22  INT %: 10.00%<br>Court Claim Number: 14 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5L35 | CLAIM: 0.00<br>COMMENT: 1355-L-35;THRU 3/2/20*CL14GOV@115+10%*NT/SCH-PL*TIMELY*PIF/CRED |
| **HAMPTON TOWNSHIP SD (HAMPTON) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 16 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9426 | CLAIM: 383.51<br>COMMENT: 9426;18*CL16GOV*NT/SCH-PL |
| **HAMPTON TOWNSHIP (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9426 | CLAIM: 383.49<br>COMMENT: 9426;18*CL17GOV*NT/SCH-PL*GU TIMELY |
| **HAMPTON TOWNSHIP SD (HAMPTON) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9426 | CLAIM: 1,492.42<br>COMMENT: 9426;16,17*CL18GOV*NT/SCH-PL*W/26 |
| **HAMPTON TOWNSHIP SD (HAMPTON) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9426 | CLAIM: 188.84<br>COMMENT: 9426;14*NT/SCH-PL*W/25 |
| **HAMPTON TOWNSHIP (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 19 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9426 | CLAIM: 1,492.42<br>COMMENT: 9426;16,17*CL19GOV*NT/SCH-PL*W/28*GU TIMELY |
| **HAMPTON TOWNSHIP (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9426 | CLAIM: 188.81<br>COMMENT: 9426;14*NT/SCH*W/27*GU TIMELY |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PEOPLES NTRL GAS/PRAE |