IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 20-20802-CMB |
| | ) |
| Kurt A. Resch, | ) Chapter 13 |
| Kathleen A. Resch, | ) |
|     Debtors, | ) |
| | ) Related to Claim No. 5 |
| Citizens Bank, N.A., | ) |
|     Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Kurt A. Resch, Kathleen A. Resch and | ) Document No. |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     Respondents. | ) |

### DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT

Come the Debtors, by and through their attorney, Francis E. Corbett, and present the following:

1. The new total payment reflects a small decrease in the amount currently being paid, which is $180.01per month.

2. The payment has fluctuated throughout the case and the plan is adequately funded for this change.

3. The new payment of $185.50 should be incorporated into the Plan as of Novem4er 5, 2023.

Respectfully submitted,

DATED: 10/16/24

/s/ Francis E. Corbett
Francis E. Corbett, Esquire, PA I.D. #37594
fcorbett@fcorbettlaw.com
60 Hazel Drive
Pittsburgh, PA 15228
(412) 456-1882

WPAB FORM 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 20-20802-CMB |
| | ) |
| Kurt A. Resch, | ) Chapter 13 |
| Kathleen A. Resch, | ) |
|     Debtors, | ) |
| | ) Related to Claim No. 5 |
| Citizens Bank, N.A., | ) |
|     Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Kurt A. Resch, Kathleen A. Resch and | ) Document No. |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     Respondents. | ) |

**Certificate of Service of Declaration that the Existing Chapter 13 Plan is Sufficient**

The type of service made on the party listed was First-Class Mail:

Citizens Bank, N.A.
One Citizens Bank Way JCA115
Johnson, RI 02919
Abby Rogan

And via NECF to the following:

Ronda J. Winnecour, Chapter 13 Trustee cmecf@chapter13trusteewdpa.com
Office of the U.S. Trustee ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: 10/16/24

/s/ Francis E. Corbett_____ _____
Signature

Francis E. Corbett._____
Typed Name

60 Hazel Drive, Pittsburgh, PA 15228_____
Address

(412) 456-1882   fcorbett@fcorbettlaw.com_____
Phone No. and E-mail Address

PA I.D. #37594_____
List Bar I.D. and State of Admission