IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Bankruptcy No. 20-20802-CMB |
|---|---|---|
| Kust A. Resch | : | |
| Kathleen A. Resch | : | |
|     Debtors | : | |
| | : | Chapter 13 |
| | : | |
| | : | |
| | : | Document No. |
| | : | |
| | : | |

**NOTICE REGARDING THE FILING OF CERTIFICATE OF DEBTOR EDUCATION**

In accordance with Local Bankruptcy Rule 5005-6, I, Francis E. Corbett, counsel for the Debtor, Kurt A. Resch, in the above-captioned case, hereby certify that the following Certificate of Debtor Education reflects that the Debtor completed the course on January 26, 2025.

Dated: 01/27/25

  /s/Francis E. Corbett_____
Signature

  Francis E. Corbett_____
Typed Name

  60 Hazel Dr., Pittsburgh, PA 15228_____
Address

  412 456-1882_____
Phone No.

  PA ID #37594_____
List Bar I.D. and State of Admission

Certificate Number: 01721-PAW-DE-039278069

Bankruptcy Case Number: 20-20802



01721-PAW-DE-039278069

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2025, at 6:31 o'clock PM EST, Kurt Resch completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 27, 2025            By:    /s/Robin Vasselo

                                    Name:  Robin Vasselo

                                    Title: Counselor