IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20802-CMB |
| Kust A. Resch | : | |
| Kathleen A. Resch | : | |
| Debtors | : | |
| | : | Chapter 13 |
| | : | |
| | : | |
| | : | Document No. |
| | : | |
| | : | |

# NOTICE REGARDING THE FILING OF CERTIFICATE OF DEBTOR EDUCATION

In accordance with Local Bankruptcy Rule 5005-6, I, Francis E. Corbett, counsel for the Debtor, Kathleen A. Resch, in the above-captioned case, hereby certify that the following Certificate of Debtor Education reflects that the Debtor completed the course on January 25, 2025.

Dated: 01/27/25

/s/Francis E. Corbett_____
Signature

__Francis E. Corbett_____
Typed Name

_60 Hazel Dr., Pittsburgh, PA 15228_
Address

_412 456-1882_____
Phone No.

_PA ID #37594_____
List Bar I.D. and State of Admission

Certificate Number: 01721-PAW-DE-039276242

Bankruptcy Case Number: 20-20802



01721-PAW-DE-039276242

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2025, at 5:52 o'clock PM EST, Kathleen Resch completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 26, 2025

By: /s/Robin Vasselo

Name: Robin Vasselo

Title: Counselor