IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20802-CMB |
| | : | |
| Kurt A. Resch | : | |
| Kathleen A. Resch | : | |
|     Debtors | : | |
| | : | Chapter 13 |
| Kurt A. Resch | : | |
| Kathleen A. Resch | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 26, 2025, at docket number 73, Debtor, Kurt Resch and on January 25, 2025 at docket number 74, Debtor, Kathleen Resch, each complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: 03/24/25                                         /s/Francis E. Corbett
                                                        Francis E. Corbett
                                                        60 Hazel Drive
                                                        Pittsburgh, PA 15228
                                                        fcorbett@fcorbettlaw.com
                                                        412 456-1882
                                                        Pa. ID #37594

**PAWB Local Form 24 (07/13)**