**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KURT A. RESCH
    KATHLEEN A. RESCH
            Debtor(s)

    Ronda J. Winnecour
    Chapter 13 Trustee,
            Movant
         vs.
    No Respondents.

Case No.:20-20802

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

2. Approve the Trustee's Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

May 23, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1.  The case was filed on 03/02/2020  and confirmed on 6/11/20 .  The case was subsequently          Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 189,710.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 189,710.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,310.00 | |
| Trustee Fee | 9,822.25 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,132.25 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIZENS BANK NA | 0.00 | 8,714.56 | 0.00 | 8,714.56 |
| Acct: 5953 | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 96,854.61 | 0.00 | 96,854.61 |
| Acct: 0350 | | | | |
| FREEDOM MORTGAGE CORPORATION | 1,800.93 | 1,800.93 | 0.00 | 1,800.93 |
| Acct: 0350 | | | | |
| HAMPTON TOWNSHIP (STRM WTR) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5L35 | | | | |
| HYUNDAI CAPITAL AMERICA D/B/A KIA M( | 7,357.68 | 7,357.68 | 725.24 | 8,082.92 |
| Acct: 5378 | | | | |
| | | | | 115,453.02 |
| **Priority** | | | | |
| FRANCIS E CORBETT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KURT A. RESCH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRANCIS E CORBETT ESQ | 3,310.00 | 3,310.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 5,843.78 | 5,843.78 | 0.00 | 5,843.78 |
| Acct: 9426 | | | | |
| INTERNAL REVENUE SERVICE* | 49,294.23 | 49,294.23 | 0.00 | 49,294.23 |
| Acct: 9426 | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9426 | | | | |
| HAMPTON TOWNSHIP SD (HAMPTON) (E | 383.51 | 383.51 | 0.00 | 383.51 |
| Acct: 9426 | | | | |
| HAMPTON TOWNSHIP (EIT) | 383.49 | 383.49 | 0.00 | 383.49 |
| Acct: 9426 | | | | |
| HAMPTON TOWNSHIP SD (HAMPTON) (E | 1,492.42 | 1,492.42 | 0.00 | 1,492.42 |
| Acct: 9426 | | | | |
| HAMPTON TOWNSHIP (EIT) | 1,492.42 | 1,492.42 | 0.00 | 1,492.42 |
| Acct: 9426 | | | | |
| | | | | 58,889.85 |

20-20802                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| CITIZENS BANK NA | 5,716.17 | 158.39 | 0.00 | 158.39 |
| Acct: 5104 | | | | |
| CITIBANK NA** | 603.20 | 16.71 | 0.00 | 16.71 |
| Acct: 8749 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 406.48 | 11.27 | 0.00 | 11.27 |
| Acct: 2843 | | | | |
| PNC BANK NA | 3,226.42 | 89.41 | 0.00 | 89.41 |
| Acct: 4147 | | | | |
| PNC BANK NA | 50,724.30 | 1,405.58 | 0.00 | 1,405.58 |
| Acct: 8017 | | | | |
| PNC BANK NA | 6,616.25 | 183.34 | 0.00 | 183.34 |
| Acct: 0694 | | | | |
| SELECTIVE INSURANCE CO OF AMERIC/ | 2,432.00 | 67.40 | 0.00 | 67.40 |
| Acct: 1751 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEI | 4,829.51 | 133.82 | 0.00 | 133.82 |
| Acct: 9664 | | | | |
| PA DEPARTMENT OF REVENUE* | 400.49 | 11.10 | 0.00 | 11.10 |
| Acct: 9426 | | | | |
| INTERNAL REVENUE SERVICE* | 4,474.74 | 124.00 | 0.00 | 124.00 |
| Acct: 9426 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 844.35 | 23.40 | 0.00 | 23.40 |
| Acct: 7287 | | | | |
| HAMPTON TOWNSHIP SD (HAMPTON) (E | 188.84 | 5.23 | 0.00 | 5.23 |
| Acct: 9426 | | | | |
| HAMPTON TOWNSHIP (EIT) | 188.81 | 5.23 | 0.00 | 5.23 |
| Acct: 9426 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES L | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,234.88 |

TOTAL PAID TO CREDITORS                                                        176,577.75

TOTAL CLAIMED
PRIORITY          58,889.85
SECURED            9,158.61
UNSECURED         80,651.56

Date: 05/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteeewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KURT A. RESCH
    KATHLEEN A. RESCH
          Debtor(s)

Case No.:20-20802

Chapter 13

Ronda J. Winnecour
        Movant

Document No.:

        vs.
No Repondents.

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:

Kurt A. Resch

Kathleen A. Resch

    Debtors

Case No. 20-20802-CMB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kurt A. Resch, Kathleen A. Resch, 3020 East Bardonner Road, Gibsonia, PA 15044-8111 |
| 15210054 | | Bureau of Individual Tax, P.O. Boc 280432, Harrisburg, PA 17128-0432 |
| 15210065 | | PNC Credit Card, P.O. Box 856177, Louisville, KY 40285-6177 |
| 15210066 | | Selective Insurance Company, Amato and Keating, P.C., 107 N. Commerce Way, Ste. 100, Bethlehem, PA 18017-8913 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy@Freedommortgage.com | May 28 2025 03:49:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 28 2025 03:49:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 28 2025 03:49:00 | Township of Hampton, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15210055 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 28 2025 03:49:00 | Citizens Bank, P.O. Box 42008, Providence, RI 02940-2008 |
| 15216636 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 28 2025 03:49:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15229163 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 28 2025 03:49:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15210056 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 28 2025 03:49:00 | Citizens Credit Card, P.O. Box 42010, Providence, RI 02940-2010 |
| 15240492 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15210062 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:10 | Macy's, P.O. Box 9001094, Louisville, KY 40290-1094 |
| 15240439 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15240482 | + | Email/Text: kburkley@bernsteinlaw.com | May 28 2025 03:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15232227 | | Email/Text: Bankruptcy@Freedommortgage.com | May 28 2025 03:49:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 11988 |

District/off: 0315-2       User: auto       Page 2 of 3

Date Rcvd: May 27, 2025       Form ID: pdf900       Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| | | | | Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15210057 | | Email/Text: Bankruptcy@Freedommortgage.com | May 28 2025 03:49:00 | Freedom Mortgage, P.O. Box 6656, Chicago, IL 60680-6656 |
| 15243293 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 28 2025 03:51:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 15257741 | + | Email/Text: Bankruptcy@keystonecollects.com | May 28 2025 03:50:00 | Hampton Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15257740 | + | Email/Text: Bankruptcy@keystonecollects.com | May 28 2025 03:50:00 | Hampton Township School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15210058 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:14 | Home Depot Credit, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15210059 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2025 03:50:00 | Internal Revenue Service, P.O. Box 69 Stop 11, Memphis, TN 38101-0069 |
| 15210060 | + | Email/Text: Bankruptcy@keystonecollects.com | May 28 2025 03:50:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15210061 | ^ | MEBN | May 28 2025 03:48:33 | Kia Motors Finance, P.O. Box 650805, Dallas, TX 75265-0805 |
| 15238526 | | Email/Text: Bankruptcy.Notices@pnc.com | May 28 2025 03:49:00 | PNC Bank National Association, PO Box 94982, Cleveland OH 44101 |
| 15210064 | | Email/Text: Bankruptcy.Notices@pnc.com | May 28 2025 03:49:00 | PNC Bank, N.A., P.O. Box 747032, Pittsburgh, PA 15274-7032 |
| 15213881 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2025 03:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15237641 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15243283 | + | Email/Text: ebnjts@grblaw.com | May 28 2025 03:49:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15210067 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 03:50:00 | Ulta Credit Card, P.O. Box 659820, San Antonio, TX 78265-9120 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15210063 | | PNC Bank Credit Card, P.O. Box 856177, Louisville |
| cr | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 30

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Kurt A. Resch fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Joint Debtor Kathleen A. Resch fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9