**Fill in this information to identify the case:**

Debtor 1     Kurt A Resch fdba The Personal Gardener

Debtor 2     Kathleen A Resch
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 20-20802-CMB

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation

**Court claim no. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 0350

**Property address:** 3020 E BARDONNER RD
Number  Street
Gibsonia, PA 15044
City     State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05/01/2025
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  +(b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM/DD/YYYY

Debtor 1   Kurt A Resch fdba The Personal Gardener          Case number *(if known)* 20-20802-CMB
           First    Middle    Last

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon                            Date  06/09/2025
   Signature

Print    Mario Hanyon                                       Title   Attorney
         First Name   Middle Name   Last Name

Company   Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3825 Forrestgate Dr.
          Number         Street

          Winston-Salem, NC 27103
          City              State    ZIP Code

Contact phone   844-856-6646   Email  PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>KURT A RESCH FDBA THE PERSONAL GARDENER AND KATHLEEN A RESCH | Case No. 20-20802-CMB<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | <br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |
| vs.<br><br>KURT A RESCH FDBA THE PERSONAL GARDENER AND KATHLEEN A RESCH,<br>    Debtors<br>and<br><br>Ronda J. Winnecour<br>    Respondent | |

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

Francis E Corbett, Esq.
60 Hazel Drive
15219
Pittsburgh, PA 15228
*Counsel for Debtor*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee
1000 Liberty Avenue

Suite 1316
Pittsburgh, PA 15222
*US Trustee*

Via First Class Mail:

Kurt A Resch
3020 E Bardonner Rd
Gibsonia, PA 15044

Kathleen A Resch
3020 E Bardonner Rd
Gibsonia, PA 15044
*Debtor*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: June 9, 2025

                              */s/Mario Hanyon*
                              Andrew Spivack, PA Bar No. 84439
                              Mario Hanyon, PA Bar No. 203993
                              Ryan Srnik, PA Bar No. 334854
                              Jay Jones, PA Bar No. 86657
                              Attorney for Creditor
                              BROCK & SCOTT, PLLC
                              3825 Forrestgate Drive
                              Winston Salem, NC 27103
                              Telephone: (844) 856-6646
                              Facsimile: (704) 369-0760
                              E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**