**Fill in this information to identify the case:**

**Debtor 1** Kurt A Resch

**Debtor 2** Kathleen A. Resch
**(Spouse if filing)**

**United States Bankruptcy Court for the**: Western District of Pennsylvania
**Case number**  20-20802-CMB
**WWR #** 041014138

Official Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Citizens Bank, N.A.

**Last 4 digits of any number you use to identify the debtor's account:** 3859

**Property address**: 3020 East Bardonner Rd
Gibsonia, PA 15044

**Court claim no. (if known)**
5

### Part 2: Prepetition Default Payments

*Check one:*

☒ **Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.**

☐ **Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:**   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ **Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

**The next postpetition payment from the debtor(s) is due on :**      06/05/2025

☐ **Creditor states that the debtor(s) are not current on all post petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

**Creditor assets that the total amount remaining unpaid as of the date of this response is:**

a. Total postpetition ongoing payments due:          **(a) $ _____**

b. Total fees, charges, expenses, escrow and costs outstanding:         **+ (b) $ _____**

c. Total. Add lines a and b.

Creditor asserts that the debtor(s) are contractually
obligated for the post petition payment(s) that first became          **(c) $ _____**
due on:                                                /     /

| Debtor 1: <u>Kurt A Resch</u> | Case number: 20-20802-CMB |
|---|---|
| Debtor 2 Kathleen A Resch | |

## Part 4:  Itemized Payment History

**If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:**

- all payments received;
- all fees, costs, escrow and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

**Check the appropriate box::**

☐  **I am the creditor**

☒  **I am the creditor's authorized agent.**

**I declare under penalty of perjury that the information provided in this response is true and correct To the best of my knowledge, information, and reasonable belief.**

**Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.**

| | |
|---|---|
| **X** <u>/s/ **Milos Gvozdenovic**</u><br>Signature | Date <u>**June 11, 2025**</u> |
| **Print**      <u>**Milos Gvozdenovic**</u> | Title <u>**Attorney for Creditor**</u> |
| **Company**    <u>**Weltman, Weinberg & Reis, Co., L.P. A**</u> | |
| **If different from the notice address listed on the proof of claim to which this response applies;** | |
| **Address**    <u>**5990 West Creek Rd, Suite 200**</u><br><u>**Independence, OH 44131**</u> | |
| **Contact phone**   <u>**(877) 255-6111**</u> | Email <u>**mgvozdenovic@weltman.com**</u> |

## **CERTIFICATE OF SERVICE**

    I, Milos Gvozdenovic Esquire, attorney for Movant, do hereby certify that true and correct copies of the Response to Notice of Final Cure has been served on 06/10/2025 upon those listed below

**Service by First-Class Mail:**

Kurt A. Resch, Debtor
Kathleen A. Resch
3020 East Bardonner Road
Gibsonia, PA 15044

**and Service by NEF/ECF:**

Francis E. Corbett, Debtors Attorney at fcorbett@fcorbettlaw.com
Ronda J. Winnecour, Trustee at inquiries@chapter13trusteewdpa.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.pi.ecf@usdoj.gov