<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Kurt A. Resch | Social Security number or ITIN  xxx–xx–9426 |
| | First Name    Middle Name    Last Name | EIN   23–2908589 |
| Debtor 2 (Spouse, if filing) | Kathleen A. Resch | Social Security number or ITIN  xxx–xx–3356 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–20802–CMB

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kurt A. Resch                                      Kathleen A. Resch
fdba The Personal Gardener

7/18/25                          **By the court:** <u>Carlota M Bohm</u>
                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-20802-CMB |
|---|---|
| Kurt A. Resch | Chapter 13 |
| Kathleen A. Resch | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2025 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kurt A. Resch, Kathleen A. Resch, 3020 East Bardonner Road, Gibsonia, PA 15044-8111 |
| 15210054 | | Bureau of Individual Tax, P.O. Boc 280432, Harrisburg, PA 17128-0432 |
| 15210065 | | PNC Credit Card, P.O. Box 856177, Louisville, KY 40285-6177 |
| 15210066 | | Selective Insurance Company, Amato and Keating, P.C., 107 N. Commerce Way, Ste. 100, Bethlehem, PA 18017-8913 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jul 22 2025 04:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2025 00:39:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Jul 22 2025 00:39:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + Email/Text: ebnjts@grblaw.com | Jul 22 2025 00:39:00 | Township of Hampton, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15210055 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2025 00:39:00 | Citizens Bank, P.O. Box 42008, Providence, RI 02940-2008 |
| 15216636 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2025 00:39:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15229163 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2025 00:39:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15210056 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2025 00:39:00 | Citizens Credit Card, P.O. Box 42010, Providence, RI 02940-2010 |
| 15240492 | EDI: CITICORP | Jul 22 2025 04:10:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15210062 | EDI: CITICORP | Jul 22 2025 04:10:00 | Macy's, P.O. Box 9001094, Louisville, KY 40290-1094 |
| 15240439 | EDI: Q3G.COM | Jul 22 2025 04:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15240482 | + Email/Text: kburkley@bernsteinlaw.com | Jul 22 2025 00:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, |

|  |  |  | P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15232227 | | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Jul 22 2025 00:39:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15210057 | | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Jul 22 2025 00:39:00 | Freedom Mortgage, P.O. Box 6656, Chicago, IL 60680-6656 |
| 15243293 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | |
| | | Jul 22 2025 00:40:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 15257741 | + | Email/Text: Bankruptcy@keystonecollects.com | |
| | | Jul 22 2025 00:40:00 | Hampton Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15257740 | + | Email/Text: Bankruptcy@keystonecollects.com | |
| | | Jul 22 2025 00:40:00 | Hampton Township School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15210058 | | EDI: CITICORP | |
| | | Jul 22 2025 04:10:00 | Home Depot Credit, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15210059 | | EDI: IRS.COM | |
| | | Jul 22 2025 04:10:00 | Internal Revenue Service, P.O. Box 69 Stop 11, Memphis, TN 38101-0069 |
| 15210060 | + | Email/Text: Bankruptcy@keystonecollects.com | |
| | | Jul 22 2025 00:40:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15210061 | ^ | MEBN | |
| | | Jul 22 2025 00:13:15 | Kia Motors Finance, P.O. Box 650805, Dallas, TX 75265-0805 |
| 15238526 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 22 2025 00:39:00 | PNC Bank National Association, PO Box 94982, Cleveland OH 44101 |
| 15210064 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 22 2025 00:39:00 | PNC Bank, N.A., P.O. Box 747032, Pittsburgh, PA 15274-7032 |
| 15213881 | | EDI: PENNDEPTREV | |
| | | Jul 22 2025 04:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15237641 | | EDI: Q3G.COM | |
| | | Jul 22 2025 04:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15243283 | + | Email/Text: ebnjts@grblaw.com | |
| | | Jul 22 2025 00:39:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15210067 | | EDI: WFNNB.COM | |
| | | Jul 22 2025 04:10:00 | Ulta Credit Card, P.O. Box 659820, San Antonio, TX 78265-9120 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15210063 | | PNC Bank Credit Card, P.O. Box 856177, Louisville |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-2                                   User: auto                                   Page 3 of 3
Date Rcvd: Jul 21, 2025                                Form ID: 3180W                               Total Noticed: 31

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2025                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Kurt A. Resch fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Joint Debtor Kathleen A. Resch fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Milos Gvozdenovic | on behalf of Creditor Citizens Bank N.A. mgvozdenovic@weltman.com  pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 10