IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   KURT A. RESCH
   KATHLEEN A. RESCH
       Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:20-20802

Chapter 13

Related to: Document No. 77

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __18th__ day of __July__, 20 25, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/18/25 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-20802-CMB
Kurt A. Resch Chapter 13
Kathleen A. Resch
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jul 21, 2025      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kurt A. Resch, Kathleen A. Resch, 3020 East Bardonner Road, Gibsonia, PA 15044-8111 |
| 15210054 | | Bureau of Individual Tax, P.O. Boc 280432, Harrisburg, PA 17128-0432 |
| 15210065 | | PNC Credit Card, P.O. Box 856177, Louisville, KY 40285-6177 |
| 15210066 | | Selective Insurance Company, Amato and Keating, P.C., 107 N. Commerce Way, Ste. 100, Bethlehem, PA 18017-8913 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2025 00:39:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 22 2025 00:39:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 22 2025 00:39:00 | Township of Hampton, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15210055 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2025 00:39:00 | Citizens Bank, P.O. Box 42008, Providence, RI 02940-2008 |
| 15216636 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2025 00:39:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15229163 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2025 00:39:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15210056 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2025 00:39:00 | Citizens Credit Card, P.O. Box 42010, Providence, RI 02940-2010 |
| 15240492 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2025 00:50:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15210062 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2025 01:54:43 | Macy's, P.O. Box 9001094, Louisville, KY 40290-1094 |
| 15240439 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2025 00:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15240482 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 22 2025 00:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15232227 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2025 00:39:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 11988 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15210057 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2025 00:39:00 | Freedom Mortgage, P.O. Box 6656, Chicago, IL 60680-6656 |
| 15243293 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 22 2025 00:40:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 15257741 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 22 2025 00:40:00 | Hampton Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15257740 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 22 2025 00:40:00 | Hampton Township School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15210058 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2025 00:50:09 | Home Depot Credit, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15210059 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2025 00:40:00 | Internal Revenue Service, P.O. Box 69 Stop 11, Memphis, TN 38101-0069 |
| 15210060 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 22 2025 00:40:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15210061 | ^ | MEBN | Jul 22 2025 00:13:15 | Kia Motors Finance, P.O. Box 650805, Dallas, TX 75265-0805 |
| 15238526 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2025 00:39:00 | PNC Bank National Association, PO Box 94982, Cleveland OH 44101 |
| 15210064 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2025 00:39:00 | PNC Bank, N.A., P.O. Box 747032, Pittsburgh, PA 15274-7032 |
| 15213881 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2025 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15237641 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2025 00:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15243283 | + | Email/Text: ebnjts@grblaw.com | Jul 22 2025 00:39:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15210067 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2025 00:40:00 | Ulta Credit Card, P.O. Box 659820, San Antonio, TX 78265-9120 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15210063 | | PNC Bank Credit Card, P.O. Box 856177, Louisville |
| cr | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Kurt A. Resch fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Joint Debtor Kathleen A. Resch fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Milos Gvozdenovic | on behalf of Creditor Citizens Bank N.A. mgvozdenovic@weltman.com pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10